**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7399**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CYNTHIA POWELL,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-93-150-R, CA-97-630-R)

---

Submitted: March 31, 1998        Decided: April 9, 1998

---

Before ERVIN, HAMILTON, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Cynthia Powell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Cynthia Powell seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Powell, Nos. CR-93-150-R, CA-97-630-R (W.D. Va. Sept. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2